UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:
**ADRIAN MEDINA**
**SSN: XXX-XX-6319**
_____Debtor____/

Case No. 14-14925 BKC LMI
Chapter 13

## DEBTOR'S OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE OF CREDITOR HSBC BANK USA, N.A., BY PHH MORTGAGE CORPORATION, ITS SERVICING AGENT AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING

COMES NOW the Debtor and Objects to the Notice of Payment Change pursuant to Bankruptcy Rule 3002.1 and Local Rule 3070-1(B) filed by HSBC USA, N.A. by PHH Mortgage Corporation, its Servicing Agent #1316 and in support thereof states as follows:

1. Creditor filed a Notice of Mortgage Payment Change.

2. The payment change is as a result of an escrow change that includes the payment of insurance. Debtor's homeowners association pays the insurance.

3. Creditor should only escrow for the property taxes. Property taxes are $1576.56 yearly or $131.38 monthly.

4. Principal and interest payments are $494.21.

5. Principal, interest and taxes should be a monthly payment total of $625.59.

6. Debtor Objects to the Notice of Payment Change and request this Honorable Court determine that the correct monthly payment due is $625.59.

WHEREFORE the Debtor requests that the Notice of Payment Change be stricken and this Honorable Court determine that the monthly payment due is $625.59 and for such other and further relief as the court deems proper under the circumstances.

Certificate of Service

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1.

I certify that a copy of the foregoing Objection and Notice of Hearing subsequently generated after the fiing of this Objection was served in the manner described below on the

15th day of April, 2016, upon:

**Via CM/ECF:**
Nancy K. Neidich, Trustee
22c8f01@ch13herkert.com

Brandi Rainey Lesesne, Esq.
ecfflsb@aldridgepite.com

**Via US Mail:**
Brandi R. Lesesne
Aldridge Connors LLP
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305

Bankruptcy Legal Services, P.A.
3735 SW 8th Street, Suite 101
Coral Gables, FL 33134
305-445-2944
Info@bkcylegal.com

/s/ Jorge L. Suarez, Esq.
Florida Bar No. 0844950