UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                      Case No.14-14925-LMI

ADRIAN MEDINA,                   Chapter 13

        Debtor.
_____/

## HSBC BANK USA, N.A.'S PRELIMINARY RESPONSE TO DEBTOR'S OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE

HSBC Bank USA, N.A. (the "Secured Creditor"), by and through undersigned counsel, files this Response to Debtors' *Objection to Notice of Mortgage Payment Change* [D.E. #72] (the "Objection") and in support thereof states as follows:

1. On February 28, 2014, Debtor commenced this bankruptcy case by filing a petition for relief under Chapter 13 of the United States Bankruptcy Code [D.E. #1].

2. Secured Creditor holds a first mortgage on Debtors real property located at 8251 SW 157 Avenue, Unit 105, Miami, Florida 33193 (the "Property"), by virtue of a Mortgage which is recorded in the Public Records of Miami-Dade County, Florida in Book 21299 at Page 4981. Said Mortgage secures a Note in the amount of $85,042.00.

3. The aforementioned Mortgage gives Secured Creditor a first mortgage position on the subject property.

4. On May 5, 2015, Secured Creditor filed a *Notice of Mortgage Payment Change* [Claim No. 8](the "NPC"), whereby the escrow payment increased from $63.66 to $217.87 in part due to an escrow shortage.

5. On or about April 15, 2016, Debtor filed the Objection challenging the NPC's escrow component.

6. Secured Creditor escrows for payment of the Broward County taxes and for

Mortgage Insurance Premiums. Secured Creditor is not escrowing for Homeowner Insurance Payments. Moreover, there is an Escrow Shortage that is being addressed with the NPC. Therefore, the NPC is correct as filed.

7. On April 28, 2016, Secured Creditor filed a subsequent *Notice of Mortgage Payment Change* [Claim No. 8](the "NPC"), whereby the escrow payment increased from $63.66 to $153.63 plus an Escrow Shortage in the amount of $17.38.

8. Secured Creditor hereby reserves the right to supplement this Response at or prior to the hearing.

**WHEREFORE**, Secured Creditor respectfully requests that the Court overrule Debtor's *Objection to Notice of Mortgage Payment Change*; that a hearing be held on this matter; and grant such other and further relief as might be deemed just and proper.

Respectfully Submitted:

/s/ *Wanda D. Murray*
Wanda D. Murray Florida Bar No. 566381
Attorney for Movant
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7629
Fax: (888) 873-6147
Email: WMurray@aldridgepite.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served electronically or via U.S. Mail, first-class postage prepaid, to:

**DEBTOR ATTORNEY**
**(via electronic notice)**
Jorge Suarez
jorgesuarezlaw@aol.com

**DEBTOR**
Adrian Medina
13611 SW 181 Street
Miami, FL 33177

**TRUSTEE**
**(via electronic notice)**
Nancy K. Neidich
e2c8f01@ch13herkert.com

**UNITED STATES TRUSTEE**
**(via electronic notice)**
U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave, Suite 1204
Miami, FL 33130
USTPRegion21.MM.ECF@usdoj.gov

Dated: May 23, 2016

/s/ *Wanda D. Murray*
Wanda D. Murray, FL Bar No.: 566381
Attorney for Respondent
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7629
Fax: (888) 873-6147
Email: WMurray@aldridgepite.com